No. —, Original.  UNITED STATES *v.* TEXAS; and

No. —, Original.  UNITED STATES *v.* LOUISIANA.  The motions of the defendants for leave to oppose the motions for leave to file complaints are granted, and leave is granted to file objections, based upon jurisdictional grounds, within two weeks.

No. 171, Misc.  KISSINGER *v.* UNITED STATES.  Motion for leave to file petition for writ of certiorari denied.  Petitioner *pro se.  Solicitor General Perlman, Robert S. Erdahl* and *Joseph M. Howard* for the United States.

No. 250, Misc.  BAXTER *v.* RAGEN, WARDEN; and

No. 264, Misc.  REID *v.* RAGEN, WARDEN.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 279, Misc.  EX PARTE LOUISIANA FARMERS PROTECTIVE UNION, INC.  Motion for rule nisi and for leave to file petition for writ of mandamus denied.  *Cameron C. McCann, James H. Morrison, Edward R. Schowalter* and *K. K. Kennedy* for petitioner.

No. 388.  BROOKS *v.* UNITED STATES; and

No. 389.  BROOKS, ADMINISTRATOR, *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari granted.  *Whiteford S. Blakeney* for petitioners.  *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Hollander* for the United States.  Reported below: 169 F. 2d 840.

No. 406.  UNITED STATES *v.* KNIGHT.  C. A. 3d Cir.  Certiorari granted.  *Solicitor General Perlman* for the United States.  *Robert T. McCracken, George G. Chandler* and *J. Julius Levy* for respondent.